UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>BRIDGETT M. SLUDER,<br><br>        Defendant. | 2:19-po-00199-KJN<br><br>ORDER TO DISMISS WITH PREJUDICE<br><br>DATE: August 13, 2019<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:19-po-00199-KJN with prejudice is GRANTED.

IT IS SO ORDERED.

Dated: August 7, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE